| | |
|---|---|
| 1 | Hon. Franklin D. Burgess |

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MONICA LACROSS,<br><br>    Plaintiff,<br><br>    v.<br><br>INTERNATIONAL REHABILITATIVE SCIENCES, INC., d/b/a, RS MEDICAL, a Washington Corporation,<br><br>    Defendant. | Case No. C05-5219FDB<br><br>**STIPULATION AND ORDER OF DISMISSAL** |

IT IS STIPULATED AND AGREED by the parties that plaintiff's case be dismissed in its entirety under the following conditions:

1. Plaintiff's federal claim based upon the Americans with Disabilities Act, 42 U.S.C. 2101, *et seq.* be dismissed with prejudice;

2. Plaintiff's state law claims be dismissed without prejudice; and

3. That no costs or attorneys fees are to be awarded to any party.

DATED this  29th  day of April, 2005.

By:  s/ Gregory D. Ferguson
Gregory D. Ferguson
WSBA No. 21866
Scott T. Deutsch
WSBA No. 31719
Attorneys for Plaintiff

By:  s/ John T. Kugler
John T. Kugler
WSBA No. 19960
Attorneys for Defendant

STIPULATION AND ORDER OF DISMISSAL –
Case No. C05-5219FDB

1

**HOOPER, ENGLUND & WEIL LLP**
Attorneys at Law
1507 Standard Plaza
1100 S.W. Sixth Avenue
Portland, Oregon 97204-1016
Telephone (503) 226-0500
Fax (503) 226-7192

**ORDER**

Based on the foregoing stipulation, it is hereby ORDERED as follows:

1. Plaintiff's federal claim based upon the Americans with Disabilities Act, 42 U.S.C. 2101, *et seq.* is dismissed with prejudice;

2. Plaintiff's state law claims are dismissed without prejudice; and

3. That no costs or attorneys fees are to be awarded to any party.

DONE this 2nd day of May 2005.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

Presented by:

LAW OFFICES OF GREGORY D. FERGUSON, PC

s/ Gregory D. Ferguson
Gregory D. Ferguson, WSBA #21866
Scott T. Deutsch, WSBA #31719
Attorneys for Plaintiff   e-mail: greg@greg-ferguson.com

Approved as to form, notice of
Presentation waived:

BURGESS FITZER P.S.

s/ John T. Kugler
John T. Kugler, WSBA #19960
Attorneys for Defendant
1501 Market Street, Suite 300
Tacoma, WA 98402-3333
Telephone:   253-572-5324
Fax:             253-627-8928
E-mail:         johnk@burgessfitzer.com

Thomas K. Hooper, OSB #77224
Of Attorneys for Defendant
Hooper, Englund & Weil LLP
1100 SW 6th Avenue, Suite 1507
Portland, OR 97204
Telephone:   503-226-0500
Fax:             503-226-7192
E-Mail:        thooper@hooplaw.com

STIPULATION AND ORDER OF DISMISSAL –
Case No. C05-5219FDB

2

HOOPER, ENGLUND & WEIL LLP
Attorneys at Law
1507 Standard Plaza
1100 S.W. Sixth Avenue
Portland, Oregon 97204-1016
Telephone (503) 226-0500
Fax (503) 226-7192

**CERTIFICATE OF SERVICE**

1

2   I hereby certify that on <u>29th</u> day of April, 2005, I electronically filed the foregoing

3   STIPULATION AND ORDER OF DISMISSAL with the Clerk of the Court using the

4   CM/ECF system which will send notification of such filing to the following: John T. Kugler,

5   <u>johnk@burgessfitzer.com</u>; and Thomas K Hooper, <u>thooper@hooplaw.com</u>.

6

7                                                   <u>s/ Gregory D. Ferguson</u>

                                                Gregory D. Ferguson, WSBA No. 21866

8                                                   Scott T. Deutsch, WSBA No. 31719

                                                Attorneys for Plaintiffs

9                                                   Law Offices of Gregory D. Ferguson, PC

                                                1104 Main St., Ste. 216

10                                                  Vancouver, WA  98660

                                                (360) 916-1167

11                                                  <u>greg@greg-ferguson.com</u>

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

CERTIFICATE OF SERVICE – Case No. C05-521

**HOOPER, ENGLUND & WEIL LLP**
Attorneys at Law
1507 Standard Plaza
1100 S.W. Sixth Avenue
Portland, Oregon 97204-1016
Telephone (503) 226-0500
Fax (503) 226-7192